AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:22-mj-00086 |
| Angelina Nicole Pintor-Schindler | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 9, 2022 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Theft of a Firearm from a Licensee |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Claudia Grigore By Phone
*Complainant's signature*

Claudia Grigore, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  11:30 am

Date: 05/11/2022

*Judge's signature*

City and state:  Portland, Oregon          Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*