UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00197-MO |
| v. | **INFORMATION** |
| **ANGELINA PINTOR-SCHINDLER** | **18 U.S.C. § 922(u) Forfeiture** |
| Defendant. | Allegation |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

**(Theft of a Firearm from a Licensed Firearm Dealer)**
**(18 U.S.C. §§ 922(u), 924(i)(1)) and 924(m)**

On or about May 9, 2022, in the District of Oregon, defendant **ANGELINA PINTOR-SCHINDLER**, did unlawfully and knowingly steal, take, and carry away from a person or premises of person who is licensed to engage in the business of dealing in firearms, to-wit: Heller Enterprises Tactical Incorporated, at the location of where the firearms were stored at 12226 N Janzen Drive, Portland, Oregon, firearms, to-wit:

(1) A Winchester Model 1894 rifle;

(2) A Browning Model 65 rifle, Serial # 00205PN167;

(3) A Browning Model 53 rifle, Serial # 00440NM3F7;

(4) A Winchester Model 1895 rifle, Serial # 00413MN95A;

(5) A Browning Model 1886 rifle; Serial # 00824NY607;

(6) A Winchester Model 1894 rifle; Serial # 1285281;

(7) A Winchester Model 1892 rifle; Serial # 722639;

(8) A Winchester Model 1894 rifle; Serial # 386441;

(9) A Browning Superposed Shotgun; Serial # 11371863PZ;

(10)    A Winchester Model 12 Shotgun; Serial # 558820;

(11)    A Winchester Model 1906 rifle; Serial # 458301;

(12)    A Winchester Model 1890 rifle; Serial # 445662;

(13)    A Winchester Model 1890 rifle; Serial # 469338;

(14)    A Winchester Model 1906 rifle; Serial # 174255;

(15)    A Parker Brothers Shotgun; Serial # 91375;

(16)    A Miroku Firearm Company Model 500 shotgun;

(17)    A Remington Arms Company Model R51 pistol, Serial # H010470R51;

(18)    A Glock Model 22 pistol;

(19)    A Switzerland Luger pistol;

(20)    An Anderson Manufacturing AM-15 rifle;

(21)    A Springfield Armory M1A rifle, Serial # 019938;

(22)    An Olympic Arms Inc MFR rifle, Serial # 304;

(23)    An Aero Precision rifle; Serial # US29891;

(24)    An Olympic Arms Incorporated Model U.M.A.R. rifle;

(25)    An Olympic Arms Incorporated Model GL-1 rifle;

(26)    A Remington Arms Company 700 Model rifle, Serial # G6985445;

(27) A Remington Arms Company 700 Model rifle; Serial # G6545596;

(28) An Anderson Manufacturing AM-15 rifle; Serial # 20300798;

(29) An Anderson Manufacturing AM-15 rifle; Serial # 20300760;

that were in the licensee's business inventory and had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(u), 924(i)(1)) and 924(m).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in that offense.

Dated: May 25, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Nicole M. Bockelman*
NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorney